IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00078-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KERMAN-RAY CARR OF THE HOUSE OF CARR, Sui Juris, and
PRISCILLA-DENISE CARR OF THE HOUSE OF CARR, Sui Juris,

    Plaintiffs,

v.

ALEX J. MARTINEZ,
STEPHANIE O'MALLEY,
ROBERT WHITE,
GARY WILSON,
CONNIE COYLE,
ROGER COBB,
IAN CULVERHOUSE,
GEORGE GATCHIS,
KEVIN LIPPARD,
MICHAEL MCDANIEL,
ROSS MICKELSON,
WILBUR MURRAY,
FEREIDOON SAMIMI,
RANDY BARNES, and
BRANDON "09",

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiffs, Kerman-Ray Carr and Priscilla-Denise Carr, currently reside in Denver, Colorado.  On January 12, 2015, they submitted a document titled "File on Demand - Miscellaneous Filing Claim of Injury; Testimony on the Record; Notice of Intent to Sue" (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiffs will be directed to cure the following if they wish to pursue their claims.

Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  X   is not submitted (<u>each Plaintiff must submit a separate Application on the Court-approved form</u>)
(2)  __  is not on proper form (must use the Court's current form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  X   other: <u>In the alternative, Plaintiffs may pay the $400 filing fee</u>.

**Complaint or Petition**:
(9)   X   is not submitted
(10)  __  is not on proper form (must use the court's current form)
(11)  __  is missing an original signature by the Plaintiff
(12)  __  is incomplete
(13)  __  uses et al. instead of listing all parties in caption
(14)  __  names in caption do not match names in text of Complaint
(15)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __  other:

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiffs shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 13, 2015, at Denver, Colorado.

                    BY THE COURT:

                    s/Gordon P. Gallagher
                    United States Magistrate Judge